IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., <br><br>Plaintiffs, <br><br>v. <br><br>IMPAX LABORATORIES, INC., <br><br>Defendant. | ) ) ) ) ) ) C. A. No. _____ ) ) ) ) ) |

### PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Endo Pharmaceuticals Inc. states that Endo Pharmaceuticals Holdings Inc. is the parent of Endo Pharmaceuticals Inc., and is also the only publicly held company that owns 10% or more of its stock. Plaintiff Penwest Pharmaceuticals Co. has no parent company, but 10% or more of its stock is indirectly owned through subsidiaries of the publicly traded company, Franklin Resources, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiffs Endo Pharmaceuticals Inc.*
  *and Penwest Pharmaceuticals Co.*

*Of Counsel*:

Martin J. Black
George G. Gordon
Ann M. Caviani Pease
Robert D. Rhoad
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
   *Attorneys for Plaintiff Endo Pharmaceuticals Inc.*

Robert J. Gunther, Jr.
Lisa J. Pirozzolo
James P. Barabas
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800
   *Attorneys for Plaintiff Penwest Pharmaceuticals Co.*

January 25, 2008